

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Carol Johnene Morris,

\* From the 238th District Court
  of Midland County,
  Trial Court No. DTX-24-00088.

Vs. No. 11-25-00166-CV

\* August 29, 2025

Midland Central Appraisal District,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.